**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01243-CR

### JONATHAN BOUGHTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-15740-H**

## ORDER

The Court **REINSTATES** the appeal.

On March 19, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On April 22, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 19, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    DAVID EVANS
        JUSTICE